Raye Lynn HARRISON *v.* STATE of Arkansas

CR 05-64                                      203 S.W.3d 122

Supreme Court of Arkansas
Opinion delivered February 10, 2005

*Kara Bideler Moore,* for appellant.

No response.

PER CURIAM. Appellant Raye Lynn Harrison, by and through her attorney, has filed a motion for rule on the clerk. Her attorney, Kara Bideler Moore, states in the motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.